# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Julio Cesar Suarez-Montelongo,<br>a.k.a.: Julio Suarez-Montelongo,<br>a.k.a.: Julio Cesar Suarez-Marin,<br>(A071 615 613)<br>*Defendant* | Case No. 17-386 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Julio Cesar Suarez-Montelongo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about April 19, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*
Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 21, 2017, Julio Cesar Suarez-Montelongo was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Suarez-Montelongo was encountered by ICE Officer G. Lindros who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 22, 2017, Suarez-Montelongo was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Suarez-Montelongo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Julio Cesar Suarez-Montelongo to be a citizen of Mexico and a previously deported criminal alien. Suarez-Montelongo was removed from the United States to Mexico at or near San Ysidro, California, on or about April

2

19, 2004, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Suarez-Montelongo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Suarez-Montelongo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Julio Cesar Suarez-Montelongo was convicted of Illegal Re-Entry after Deportation, a felony offense, on October 31, 2000, in the United States District Court, District of Arizona. Suarez-Montelongo was sentenced to fifty (50) months' imprisonment and three (3) years of supervised release. Suarez-Montelongo's criminal history was matched to him by electronic fingerprint comparison.

5. On September 22, 2017, Julio Cesar Suarez-Montelongo was advised of his constitutional rights. Suarez-Montelongo freely and willingly acknowledged his rights and agreed to provide a statement under oath. Suarez-Montelongo stated that his true name is Julio Cesar Suarez-Montelongo, and that he is a citizen of Mexico. Suarez-Montelongo stated that he entered the United States near Douglas, about forty-five (45) days ago. Suarez-Montelongo further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 21, 2017, Julio Cesar Suarez-Montelongo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about April 19, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of September, 2017.

Michelle H. Burns,
United States Magistrate Judge